CATHERINE CORTEZ MASTO
Attorney General
MICHELINE N. FAIRBANK
Deputy Attorney General
Nevada Bar No. 8062
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV  89701-4717
Tel: 775-684-1196
Fax:  775-684-1275
Email: mfairbank@ag.nv.gov

*Attorneys for Defendants
Isidro Baca, Scott Kahler, Kathryn
Reynolds, James Stogner and Lisa Walsh*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID JONATHAN THOMAS,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES COX, et al.,<br><br>Defendants. | Case No.  3:13-cv-00508-RCJ-WGC<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEY** |

Defendants, Isidro Baca, Scott Kahler, Kathryn Reynolds, James Stogner, and Lisa Walsh, by and through counsel, Catherine Cortez Masto, Attorney General of the State of Nevada, and Micheline N. Fairbank, Deputy Attorney General, hereby notify the Court and respective parties that Deputy Attorney General Micheline N. Fairbank has assumed responsibility for representing the interests of the Defendants in the above-entitled action.

Deputy Attorney General Nate L. Hastings is no longer the attorney responsible for the handling of this case for the Office of the Attorney General and should be removed from association with this case.

/ / /

/ / /

/ / /

/ / /

It is further requested that all future pleadings be served upon and any contact by court personnel or Plaintiff be directed to the undersigned counsel.

DATED this 18th day of April, 2014.

        CATHERINE CORTEZ MASTO
        Attorney General

By: _____
        MICHELINE N. FAIRBANK
        Deputy Attorney General
        Bureau of Litigation
        Public Safety Division

*Attorneys for Defendants*

IT IS SO ORDERED this 21st day of April, 2014.

_____
UNITED STATES MAGISTRATE JUDGE

Office of the
Attorney General
100 N. Carson St.
Carson City, NV
89701-4717