UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| DAVID JONATHAN THOMAS, | ) | 3:13-cv-00508-RCJ-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | March 5, 2015 |
| JAMES COX, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion for the Court to be a Witness. (Doc. # 29.) Plaintiff argues the Defendants are refusing to provide him a "vegetarian kosher diet" as opposed to a "kosher diet" meal. Plaintiff does not state which Defendants are refusing him the type of meal he insists upon receiving. Plaintiff states he intends on protesting the Defendants' actions, and that as of February 25, 2015, he "will not accept a tray from the NNCC culinary or any other culinary until I get my 'Vegetarian Kosher Diet.'" (*Id*., at 4.)  Plaintiff wants the court "to be witness if any retaliation takes place." (*Id*., at 5.)

The court takes note of Plaintiff's statements and his motion has been docketed in Plaintiff's action. However, the court cannot act as a "witness" for Plaintiff.

Plaintiff's motion (Doc. # 29) is therefore **DENIED.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:  /s/
Deputy Clerk