UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID JONATHAN THOMAS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JAMES COX et al., ) <br> ) <br> Defendants. ) <br> ) | 3:13-cv-00508-RCJ-WGC <br><br> **ORDER** |

The Magistrate Judge denied Plaintiff's two previous motions for appointment of counsel. Plaintiff asks the Court to overrule the previous orders and appoint counsel. Finding no error, the Court denies the motion.

## CONCLUSION

IT IS HEREBY ORDERED that the Motion to Reconsider (ECF No. 41) is DENIED.

IT IS SO ORDERED.

DATED: June 1, 2015.

_____
ROBERT C. JONES
United States District Judge