UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID JONATHAN THOMAS,  Plaintiff,  vs.  JAMES COX et al.,  Defendants. | 3:13-cv-00508-RCJ-WGC  **ORDER** |

This case arises out of alleged violations of the First Amendment and the Religious Land Use and Institutionalized Persons Act. The Court granted Defendants' motion for summary judgment over the Magistrate Judge's recommendation based on Plaintiff's failure to exhaust administrative remedies. Plaintiff has asked the Court to reconsider. The Court declines to reconsider.

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion to Reconsider (ECF No. 55) is DENIED.

IT IS SO ORDERED.

Dated this 26th day of August, 2015.

_____
ROBERT C. JONES
United States District Judge