# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID JONATHAN THOMAS,  )<br>  )<br>      Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>JAMES COX et al.,  )<br>  )<br>      Defendants.  )<br>  ) | 3:13-cv-00508-RCJ-WGC<br><br>**ORDER** |

      This case arises out of alleged violations of the First Amendment and the Religious Land Use and Institutionalized Persons Act.  The Court granted Defendants' motion for summary judgment and declined to reconsider.  Plaintiff has filed a motion requesting copies of certain documents totaling 452 pages.  Copies of electronic documents are available for $0.10 per page.

## CONCLUSION

      IT IS HEREBY ORDERED that the Motion (ECF No. 57) is DENIED.

      IT IS FURTHER ORDERED that the Clerk shall mail to Plaintiff a copy of its standard form for ordering copies from the Clerk's Office.

      IT IS SO ORDERED.

Dated this 8th day of December, 2015.

_____
ROBERT C. JONES
United States District Judge