# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID JONATHAN THOMAS,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES COX, *et al.,*<br><br>Defendants. | Case No.: 3:13-CV-508-RCJ-CBC<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION (ECF NO. 130) |

The Court has considered the Report and Recommendation of United States Magistrate (ECF No. 130) entered on October 24, 2018, in which the Magistrate Judge recommends the Court deny Plaintiff's Motion for Temporary Injunction (ECF No. 125). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby,

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF No. 130).

///

///

///

1

1 | IT IS HEREBY ORDERED that Plaintiff's Motion for Temporary Injunction (ECF No. 125) is DENIED.

IT IS HEREBY ORDERED this 9TH day of November, 2018.

_____
ROBERT C. JONES