**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID JONATHAN THOMAS,<br><br>   Plaintiff,<br><br>vs.<br><br>JAMES COX et al.,<br><br>   Defendants. | 3:13-cv-00508-RCJ-CBC<br><br>**ORDER** |

  Presently before this Court is the Plaintiff's Motion for Reconsideration (ECF No. 134). The Plaintiff moves this Court to reconsider its prior Order (ECF No. 133). A Court may grant relief from a prior order when there is:

(1) mistake, inadvertence, surprise, or excusable neglect;
(2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);
(3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;
(4) the judgment is void;
(5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or
(6) any other reason that justifies relief.

///

Fed. R. Civ. P. 60(b). However, the Plaintiff cites to none of these accepted bases, indeed, he has not presented any argument that could not have been made before. Motions for reconsider are disfavored by the courts and are not the place for parties to relitigate arguments that were already

before a court. *See Northwest Acceptance Corp. v. Lynnwood Equip., Inc.*, 841 F.2d 918, 925–26 (9th Cir. 1988). Accordingly, this motion is denied.

**CONCLUSION**

IT IS HEREBY ORDERED that the Plaintiff Motion for Reconsideration (ECF No. 134) is DENIED.

IT IS SO ORDERED.

Dated this 21st day of May, 2019.

                                                    ROBERT C. JONES
                                                    United States District Judge