AARON D. FORD
  Attorney General
DARBY G. PHELPS, Bar No. 14599
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1159
E-mail:  dphelps@ag.nv.gov

*Attorneys for Defendants*
*Isidro Baca, Scott Kahler, Kathryn Reynolds,*
*James Stogner and Elizabeth "Lisa" Walsh*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID JONATHAN THOMAS,<br><br>Plaintiff,<br><br>v.<br><br>JAMES COX, et al.,<br><br>Defendants. | Case No.  3:13-cv-00508-RCJ-CBC<br><br>**ORDER GRANTING**<br><br>**MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO REPORT AND RECOMMENDATION** |

Defendants, Isidro Baca, Scott Kahler, Kathryn Reynolds, James Stogner and Elizabeth "Lisa" Walsh, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Darby G. Phelps, Deputy Attorney General, hereby submit their Motion for Extension of Time to File Objections to Report and Recommendation.  This Motion is based on Federal Rule of Civil Procedure 6(b)(1)(A), the following Memorandum of Points and Authorities, and all papers and pleadings on file in this action.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Defendants respectfully request a fourteen (14) day extension of time out from the current deadline (May 17, 2019) to file objections to Report and Recommendation of U.S. Magistrate Judge (ECF No. 147).  Counsel for Defendants is confronted with numerous competing deadlines and a high

/ / /

/ / /

1

workload due to staffing changes in the Office of the Attorney General. However, such obstacles are currently being resolved and the requested extension of time should afford Defendants adequate time file objections.

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Defendants' request is timely and its limited nature will not hinder or prejudice Plaintiff's case. Defendants assert that the requisite good cause is present to warrant the requested extension of time.

For these reasons, Defendants respectfully request a fourteen (14) day extension of time from the current deadline to file objections to Report and Recommendation of U.S. Magistrate Judge, with a new deadline to and including Friday, May 31, 2019.

DATED this 15th day of May, 2019.

AARON D. FORD
Attorney General

By: _____
DARBY G. PHELPS
Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division

*Attorneys for Defendants*

## ORDER

IT IS HEREBY ORDERED that Defendants' Motion for Extension of Time to File Objections to Report and Recommendation (ECF No. 150) is GRANTED.

IT IS FURTHER ORDERED that Defendants shall file their objections to the Report and Recommendation (ECF No. 147) no later than 5:00 P.M. Friday, May 31, 2019.

IT IS SO ORDERED this 22nd day of May, 2019.

_____
ROBERT C. JONES