UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID JONATHAN THOMAS,<br><br>        Plaintiff,<br><br>vs.<br><br>JAMES COX, *et al.*,<br>        Defendants. | Case No.: 3:13-CV-00508-RCJ-CBC<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 147) |

Before the Court is the Report and Recommendation of United States Magistrate Judge Carla Baldwin Carry (ECF No. 147[1]) entered on May 3, 2019, recommending that the Court grant and deny in part Defendants' Motion for Summary Judgment (ECF No. 137). On May 13, 2019, the Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (ECF No. 148); on May 31, 2019, Defendants filed Partial Objections to Magistrate Judge' Report (ECF No. 160)l and on June 6, 2019, Plaintiff filed his Objections to Defendants' Partial Objections to Magistrate Judge Report (ECF No. 161).

This action was referred to Magistrate Judge Carry under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

---

[1] Refers to Court's docket number.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties including the parties' objections to the Report and Recommendation and other relevant matters to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

IT IS HEREBY ORDERED that United States Magistrate Judge Carry's Report and Recommendation (ECF No. 147), shall be ADOPTED and ACCEPTED.

IT IS FURTHER ORDERED that Defendants' Motion for Summary Judgment (ECF No. 137) is GRANTED IN PART and DENIED IN PART.

IT IS FURTHER ORDERED that Defendants' Motion for Summary Judgment as to Counts II and III are GRANTED.

IT IS FURTHER ORDERED that Defendants' Motion for Summary Judgment as to Count I is DENIED.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment accordingly.

IT IS SO ORDERED.

Dated this 17th day of June, 2019.

_____
ROBERT C. JONES
Senior District Judge