AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

DAVID JONATHAN THOMAS,

        Plaintiff,

   v.

JAMES COX, et al.,

        Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: **3:13-CV-00508-RCJ-CBC**

___   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that United States Magistrate Judge Carry's Report and Recommendation (ECF No. 147), shall be ADOPTED and ACCEPTED.

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment (ECF No. 137) is GRANTED IN PART and DENIED IN PART.

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment as to Counts II and III are GRANTED.

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment as to Count I is DENIED.

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is hereby entered accordingly.

  June 17, 2019  
Date

  DEBRA K. KEMPI  
Clerk

  /s/ L. Haywood  
Deputy Clerk