J. Stephen Peek (1758)
Jon T. Pearson (10182)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
702.669.4600
702.669.4650 fax
speek@hollandhart.com
jtpearson@hollandhart.com

*Counsel for Plaintiff David Jonathan Thomas*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| David Jonathan Thomas,<br><br>  Plaintiff,<br><br>v.<br><br>Isidro Baca, *et al.*,<br><br>  Defendants. | Case No. 3:13-cv-00508-RCJ-CLB<br><br>**Order Granting Stipulation for Extension of Time to File Proposed Joint Pretrial Order** (ECF No. 192)<br><br>**(First Request)** |

The above-captioned parties stipulate and agree as follows:

1. On December 8, 2020, and after this Court entered its order on the mandate issued by the United States Court of Appeals for the Ninth Circuit affirming a summary-judgment decision by this Court (ECF No. 187), the Court entered a minute order directing the parties to submit their proposed joint pretrial order by January 7, 2021 (ECF No. 190).

2. Shortly after the recent holidays, plaintiff David Jonathan Thomas retained the law firm of Holland & Hart LLP to represent him in this litigation. Given the recent retention of Holland & Hart, counsel for Mr. Thomas will need additional time to review the rich history of this case before being able to discuss an appropriate proposed joint pretrial order with counsel for defendants, including identifying the factual and legal issues that must be addressed at trial. The additional time will also provide the parties with an opportunity to discuss whether a settlement conference should be scheduled before a Magistrate Judge. If so, the parties would want to participate in a settlement conference to determine whether a trial is necessary.

1

3. In accordance with LR 26−3, this is the first request for an extension of the deadline to file a proposed joint pretrial order, and is made with good cause and in good faith and not for purposes of delay. The parties believe the extension of time will allow them to discuss and present a proposed joint pretrial order tailored to the factual and legal issues in this case, as well as allow them to discuss whether a settlement conference would be appropriate. Thus, for these reasons, the parties have agreed to extend the deadline to submit the proposed joint pretrial order by 32 days. If approved, the proposed joint pretrial order will now be due by Monday, February 8, 2021.

IT IS SO STIPULATED.

Dated: January 5, 2021

/s/ *Jon T. Pearson*
J. Stephen Peek
Jon T. Pearson
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

*Counsel for Plaintiff David Jonathan Thomas*

/s/ *Douglas R. Rands*
Aaron D. Ford
Attorney General
Douglas R. Rands
Senior Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, NV 89701−4717

*Counsel for Defendants Isidro Baca,
Scott Kahler, Kathryn Reynolds,
James Stogner, and Elizabeth "Lisa" Walsh*

**IT IS ORDERED** that the parties shall file the Proposed Joint Pretrial Order on or before Monday, February 8, 2021

**IT IS SO ORDERED.**

_____
UNITED STATES District JUDGE
DATED: January 7, 2021