AARON D. FORD
 Attorney General
DOUGLAS R. RANDS, Bar No. 3572
 Senior Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV  89701-4717
Tel: (775) 684-1150
E-mail:  drands@ag.nv.gov

*Attorneys for Defendants
Isidro Baca, Scott Kahler, Kathryn Reynolds,
James Stogner and Elizabeth "Lisa" Walsh*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID JONATHAN THOMAS,<br><br>   Plaintiff,<br><br>v.<br><br>JAMES COX, et al.,<br><br>   Defendants. | Case No.  3:13-cv-00508-RCJ-CLB<br><br>**STIPULATION AND ORDER CONTINUING SETTLEMENT CONFERENCE** |

Plaintiff David Jonathan Thomas, by and through counsel, Holland and Hart and J. Stephen Peek and Jon T. Pearson, and Defendants, Romeo Aranas, Isidro Baca, Charles Daniels, Michael Minev, Karin Noll, Pauline Simmons, Richard Snyder and Brian Ward, Harold Wickham by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate to continue the settlement conference hearing scheduled for June 22, 2021 at 9:00 a.m. (ECF No. 197).

On March 4, 2021, this Court set a settlement conference for June 22, 2021 (ECF No. 197). The parties now respectfully request this Court continue the June 22, 2021 settlement conference to a later date convenient to the Court, due to a scheduling conflict.  Counsel for the Defense was scheduled for a trial on the stacked Calendar in front of District Judge Du, to begin on the June 7, 2021 stack.  That trial, *Burns v. Cox*, 3:18-cv-00231- MMD-WGC is expected to last 4-5 days.  Due to a 2-week criminal trial, which was set for that same stack, it was likely that the *Burns* matter would be bumped.  Judge Du offered the week of June 21, 2021 as a firm set.  The other trials, in that week's stack, were set later in the stack.  In

order to get the *Burns* matter to trial, and at the request of the client, that offer was accepted. However, it will make it impossible for Counsel to attend the previously scheduled settlement conference in this matter.

The parties agree that this is a valid and good faith reason for a continuance of the settlement conference. Therefore, the parties respectfully request this Court continue the settlement conference hearing scheduled for June 22, 2021 at 9:00 a.m. to a later date, convenient with this Court's calendar.

DATED this 7th day of June, 2021

HOLLAND AND HART

By: /s/ Jon T. Pearson
JON T. PEARSON, Bar. No. 10182
*Attorneys for Plaintiffs*

DATED this 7th day of June, 2021

AARON D. FORD
Attorney General

By: /s/ Douglas R. Rands
DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General

*Attorneys for Defendants*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 7, 2021