1  J. Stephen Peek (1758)
   Jon T. Pearson (10182)
2  HOLLAND & HART LLP
   9555 Hillwood Drive, 2nd Floor
3  Las Vegas, NV 89134
   702.669.4600
4  702.669.4650 fax
   speek@hollandhart.com
5  jtpearson@hollandhart.com

6  *Counsel for Plaintiff David Jonathan Thomas*

7              **UNITED STATES DISTRICT COURT**

8                **DISTRICT OF NEVADA**

9  David Jonathan Thomas,                    Case No. 3:13-cv-00508-RCJ-CLB

10          Plaintiff,                       **Stipulation and Order Extending the
                                             Deadline to Submit a Stipulation
11  v.                                       Dismissing this Lawsuit**

12  Isidro Baca, *et al.*,

13          Defendants.

14

15      The above-captioned parties stipulate and agree as follows:

16      1.      On August 4, 2021, the parties participated in a settlement conference before

17  Magistrate Judge Carla Baldwin. The conference resulted in a settlement, and the material terms

18  were placed on the record by the Court. The Court later entered its minutes and directed the

19  parties to file a stipulation dismissing this action no later than September 3, 2021. (ECF No. 203).

20      2.      Defendants have prepared a proposed settlement agreement, and counsel for

21  plaintiff David Thomas has had relatively minor comments to that agreement. Under the proposed

22  settlement agreement, however, Mr. Thomas will need to personally sign. Counsel for Mr.

23  Thomas has scheduled an in-person meeting with Mr. Thomas on September 11. This was the

24  soonest that counsel for Mr. Thomas could drive to Carson City, sit down with Mr. Thomas to go

25  over the settlement agreement, and obtain Mr. Thomas's signature.

26      3.      For these reasons, the parties request that the deadline to submit a stipulation

27  dismissing this action be extended from September 3, 2021 to September 17, 2021.

28

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

**IT IS SO STIPULATED**.

Dated: September 3, 2021.

/s/ *Jon T. Pearson*
J. Stephen Peek
Jon T. Pearson
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

*Counsel for Plaintiff David Jonathan Thomas*

/s/ *Douglas R. Rands*
Aaron D. Ford
Attorney General
Douglas R. Rands
Senior Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, NV 89701–4717

*Counsel for Defendants Isidro Baca,
Scott Kahler, Kathryn Reynolds,
James Stogner, and Elizabeth "Lisa" Walsh*

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____September 7, 2021_____

17335456_v1

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

2