J. Stephen Peek (1758)
Jon T. Pearson (10182)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
702.669.4600
702.669.4650 fax
speek@hollandhart.com
jtpearson@hollandhart.com

*Counsel for Plaintiff David Jonathan Thomas*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| David Jonathan Thomas,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Isidro Baca, *et al.*,<br><br>　　　　Defendants. | Case No. 3:13-cv-00508-RCJ-CLB<br><br>**Stipulation and Order Extending the Deadline to Submit a Stipulation Dismissing this Lawsuit**<br><br>**(Second Request)** |

The above-captioned parties stipulate and agree as follows:

1.　　On August 4, 2021, the parties participated in a settlement conference before Magistrate Judge Carla Baldwin. The conference resulted in a settlement, and the material terms were placed on the record by the Court. The Court later entered its minutes and directed the parties to file a stipulation dismissing this action no later than September 3, 2021. (ECF No. 203).

2.　　Defendants have prepared a proposed settlement agreement, and counsel for plaintiff David Thomas has had relatively minor comments to that agreement. The Court recently approved a stipulation moving the deadline to file a stipulation dismissing this action from September 3 to September 17. That request was made because the soonest that counsel for Mr. Thomas could drive to Carson City to sit down with his client, go over the settlement agreement, and obtain Mr. Thomas's signature was September 11. Unfortunately, Mr. Thomas's counsel had to move that date because he caught what was likely just a cold right before September 11, and he was unable to obtain a COVID test before he would be required to drive to Carson City. However, he was able to reschedule the in-person meeting with Mr. Thomas to September 24.his visit to

1

3. For these reasons, the parties request that the deadline to submit a stipulation dismissing this action be extended from September 17, 2021 to October 1, 2021.

**IT IS SO STIPULATED**.

Dated: September 17, 2021.

| | |
|---|---|
| /s/ *Jon T. Pearson* <br> J. Stephen Peek <br> Jon T. Pearson <br> HOLLAND & HART LLP <br> 9555 Hillwood Drive, 2nd Floor <br> Las Vegas, NV 89134 <br><br> *Counsel for Plaintiff David Jonathan Thomas* | /s/ *Douglas R. Rands* <br> Aaron D. Ford <br> Attorney General <br> Douglas R. Rands <br> Senior Deputy Attorney General <br> State of Nevada <br> Public Safety Division <br> 100 N. Carson Street <br> Carson City, NV 89701-4717 <br><br> *Counsel for Defendants Isidro Baca,* <br> *Scott Kahler, Kathryn Reynolds,* <br> *James Stogner, and Elizabeth "Lisa" Walsh* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 17, 2021

17335456_v1