UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| David Jonathan Thomas,<br><br>    Plaintiff,<br><br>v.<br><br>Isidro Baca, *et al*.,<br><br>    Defendants. | Case No. 3:13-cv-00508-RCJ-CLB<br><br>**Order of Dismissal of Complaint with Prejudice** |

The above-captioned parties have reached and signed a settlement agreement to resolve the claims brought in this lawsuit. Because of the settlement, and in accordance with the terms of their settlement agreement, the parties stipulate and agree to the dismissal of the Complaint and this action with prejudice, with each party to bear their own fees and costs.

/ / /

1

The parties thus move for an order dismissing this action with prejudice.

**IT IS SO STIPULATED**.

Dated: October 15, 2021.

| | |
|---|---|
| /s/ *Jon T. Pearson* | /s/ *Douglas R. Rands* |
| J. Stephen Peek | Aaron D. Ford |
| Jon T. Pearson | Attorney General |
| Holland & Hart LLP | Douglas R. Rands |
| 9555 Hillwood Drive, 2nd Floor | Senior Deputy Attorney General |
| Las Vegas, NV 89134 | State of Nevada |
| | Public Safety Division |
| *Counsel for Plaintiff David Jonathan Thomas* | 100 N. Carson Street |
| | Carson City, NV 89701–4717 |

*Counsel for Defendants Isidro Baca, Scott Kahler, Kathryn Reynolds, James Stogner, and Elizabeth "Lisa" Walsh*

**IT IS SO ORDERED.**

_____

Dated: October 21, 2021.